John Parker HEATHSCOTT *v.* Christopher C. RAFF;
Sharon Priest et al.

CR 98-801                                             971 S.W.2d 266

Supreme Court of Arkansas
Opinion delivered July 16, 1998

*Appellant,* pro se.

*Jeff Rosenzweig,* for appellee.

*Winston Bryant,* Att'y Gen., by:  *Thomas S. Gay,* Sr. Ass't
Att'y Gen., for other parties.

PER CURIAM.  Appellee Christopher C. Raff moves for
expedited consideration of the appeal by appellant John Parker
Heathscott.  Heathscott has appealed an order of the Pulaski
County Circuit Court declaring that he is not "learned in the
law," as required by Article 7, § 24, of the Arkansas Constitution
for the office of prosecuting attorney, and removing his name
from the ballot for the November 3, 1998 General Election.  Raff
makes this motion for fear that otherwise this court will not be
able to resolve the issues in the appeal in the normal course of
business before the General Election.  The other parties have
responded and agree with Raff's motion to expedite.  Heathscott
has not responded to the motion.

We grant the motion to expedite this appeal and set the
briefing schedule.  The record in this matter shall be filed no later
than Friday, July 31, 1998.  Simultaneous briefs shall be filed by
the parties no later than Monday, August 17, 1998.  Responsive
briefs shall be filed by the parties no later than Monday, August
24, 1998.  There will be no reply briefs.